UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PETRO TSIMBALYUK,

    Petitioner,

v.

ICE FIELD OFFICE DIRECTOR,

    Respondent.

CASE NO. C12-1963-MJP-MAT

ORDER TO SHOW CAUSE

Pro se petitioner Petro Tsimbalyuk has filed a petition for federal habeas relief pursuant to 28 U.S.C. § 2241.  Petitioner alleges that he is being unlawfully detained by the United States Immigration and Customs Enforcement ("ICE") at the Northwest Detention Center in Tacoma, Washington.  However, a review of this Court's records reveals that the claims asserted by petitioner in the current action are identical to those asserted by petitioner in a separate pending action which is proceeding under cause number C12-1802-MJP-JPD.  It appears that this Court's interest in judicial economy would be best served by requiring petitioner to pursue all claims relating to his detention at the Northwest Detention Center in a single action.

ORDER TO SHOW CAUSE
PAGE -1

01   Accordingly, the Court does hereby ORDER as follows:

02   (1) Petitioner shall show cause no later than **Friday, November 30, 2012**, why the
03 instant action should not be dismissed as duplicative of the action proceeding under cause
04 number C12-1802-MJP-JPD. Petitioner is advised that failure to show cause by this date will
05 result in a recommendation that this action be dismissed.

06   (2) The Clerk is directed to send a copy of this Order to petitioner, and to the
07 Honorable Marsha J. Pechman.

08   DATED this 9th day of November, 2012.

                                                Mary Alice Theiler
                                                United States Magistrate Judge