UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PETRO TSIMBALYUK, )
) CASE NO. C12-1963-MJP-MAT
    Petitioner, )
)
v. ) ORDER TO SHOW CAUSE
)
ICE FIELD OFFICE DIRECTOR, )
)
    Respondent. )
_____ )

    Pro se petitioner Petro Tsimbalyuk has filed a petition for federal habeas relief pursuant to 28 U.S.C. § 2241. Petitioner alleges that he is being unlawfully detained by the United States Immigration and Customs Enforcement ("ICE") at the Northwest Detention Center in Tacoma, Washington. However, a review of this Court's records reveals that the claims asserted by petitioner in the current action are identical to those asserted by petitioner in a separate pending action which is proceeding under cause number C12-1802-MJP-JPD. It appears that this Court's interest in judicial economy would be best served by requiring petitioner to pursue all claims relating to his detention at the Northwest Detention Center in a single action.

ORDER TO SHOW CAUSE
PAGE -1

01       Accordingly, the Court does hereby ORDER as follows:

02       (1)  Petitioner shall show cause no later than **Friday, November 30, 2012**, why the
03  instant action should not be dismissed as duplicative of the action proceeding under cause
04  number C12-1802-MJP-JPD.  Petitioner is advised that failure to show cause by this date will
05  result in a recommendation that this action be dismissed.

06       (2)  The Clerk is directed to send a copy of this Order to petitioner, and to the
07  Honorable Marsha J. Pechman.

08       DATED this 9th day of November, 2012.

                                                        Mary Alice Theiler
                                                        United States Magistrate Judge

ORDER TO SHOW CAUSE
PAGE -2