UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PETRO TSIMBALYUK, | ) |
| | ) CASE NO. C12-1963-MJP-MAT |
| Petitioner, | ) |
| | ) |
| v. | ) REPORT AND RECOMMENDATION |
| | ) |
| NATHALIE ASHER, ICE FIELD OFFICE DIRECTOR, | ) ) |
| | ) |
| Respondent. | ) |
| _____ | ) |

On January 16, 2013, petitioner Petro Tsimbalyuk, with the assistance of the Federal Public Defender, filed a notice of voluntary dismissal of action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), requesting that the Court dismiss this action. (Dkt. No. 7.) The Court, having reviewed the notice, recommends that this action and all claims asserted herein be dismissed without prejudice. A proposed order accompanies this Report and Recommendation.

DATED this <u>28th</u> day of January, 2013.

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -1