UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PETRO TSIMBALYUK,

    Petitioner,

v.

NATHALIE ASHER, ICE FIELD OFFICE DIRECTOR,

    Respondent.

CASE NO. C12-1963-MJP

ORDER OF DISMISSAL

The Court, having reviewed petitioner's notice of voluntary dismissal (Dkt. No. 7), the Report and Recommendation of the Hon. Mary Alice Theiler, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

(1) The Court adopts the Report and Recommendation;

(2) This action and all claims asserted herein are DISMISSED without prejudice; and,

(3) The Clerk shall send a copy of this Order to petitioner and to Judge Theiler.

DATED this 30th day of January, 2013.

*/s/ Marsha J. Pechman*
MARSHA J. PECHMAN
Chief United States District Judge

ORDER OF DISMISSAL
PAGE -1

Case 2:12-cv-01963-MJP   Document 9   Filed 01/30/13   Page 2 of 2